19 So.3d 407 (2009)
Jean Rene STELOI a/k/a Jean Rene Emmanuel, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-1115.
District Court of Appeal of Florida, Third District.
September 9, 2009.
Rehearing Denied October 8, 2009.
Jean Rene Steloi a/k/a Jean Rene Emmanuel, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN and CORTIÑAS, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See State v. Green, 944 So.2d 208 (Fla.2006).